**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TOWN OF<br>NEW WINDSOR, | * | |
| | * | |
| *Plaintiff* | | CIVIL ACTION NO.  1:26-cv-02277 |
| | * | |
| v. | | |
| | * | |
| PSEG RENEWABLE<br>TRANSMISSION LLC, *et al.*, | * | |
| | | |
| *Defendants.* | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

<u>**DEFENDANT/COUNTER-PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S**</u>
<u>**MOTION FOR PRELIMINARY INJUNCTION**</u>

Defendant/Counter-Petitioner PSEG Renewable Transmission LLC ("Petitioner" or the "Company") moves this Court to enter a preliminary injunction against Plaintiff/Counter-Respondent the Town of New Windsor.  The grounds for the Company's Motion and the relief sought therein is set forth in the accompanying Memorandum. A proposed order is filed herewith.

Date: June 9, 2026

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street

Suite 900
Baltimore, MD 21202
(410) 244-7400
jcurran@venable.com
csgunderson@venable.com
klthompson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Defendant/Counter-Petitioner*
*PSEG Renewable Transmission LLC*

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of June, 2026, I electronically filed the foregoing with the Court by using the CM/ECF system.  There is currently no counsel of record for Plaintiff/Counter-Respondent.  I certify that I will serve the foregoing on Plaintiff/Counter-Respondent.

/s/ *Emily J. Wilson*
Emily J. Wilson