**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TOWN OF<br>NEW WINDSOR, | * |
| | * |
| *Plaintiff* | CIVIL ACTION NO.  1:26-cv-02277 |
| | * |
| v. | |
| | * |
| PSEG RENEWABLE<br>TRANSMISSION LLC, *et al.*, | * |
| | |
| *Defendants.* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**EXPEDITED SCHEDULING ORDER FOR**
**PRELIMINARY INJUNCTION**

Upon consideration of the Motion for Preliminary Injunction (ECF No. 3) and Request for Expedited Scheduling Order (ECF No. 4) and supporting declarations filed by Defendant/Counter-Petitioner, PSEG Renewable Transmission LLC, it is this 10th day of June, 2026, ORDERED:

(1)     That the Motion for an Expedited Scheduling Order (ECF No. 4) is GRANTED;

(2)     That Plaintiff/Counter-Respondent shall file any response to the Motion for a Preliminary Injunction within seven (7) business days of the date of the service of (a) the Counterclaim, (b) the Motion for a Preliminary Injunction and Request for Expedited Scheduling Order, (c) all memoranda and supporting declarations that relate to the Town's Property, and (d) a copy of this Order;

(3)     That service of this Order shall be made by e-mail to the Town Attorney for the Town of New Windsor;

(4)     That Defendant/Counter-Petitioner may file a reply to a response of Plaintiff/Counter-Respondent within three business days after the filing of the Plaintiff/Counter-Respondent's response; and

(5)     That the Court shall schedule further proceedings upon review of any responses and replies filed pursuant to this Order.

_____ */s/*

Adam B. Abelson
United States District Judge